JAMES S. HERRMAN, Respondent, *v.* JEANNETTE C. JEFFE et al., Appellants, Impleaded with Another.

*Herrman* v. *Jeffe*, 171 App. Div. 906, affirmed.

(Argued February 4, 1918; decided February 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 9, 1915, *unanimously* affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to establish a lien upon real property for the unpaid purchase price thereof. The complaint alleged that the premises were sold by the plaintiff to the defendant Jeannette C. Jeffe for $58,500 and that $55,500 of said purchase price was paid and that the balance, amounting to $3,000, was not paid but that the plaintiff received from Jeannette C. Jeffe at the time of the closing of the transaction of purchase a promissory note of which Jeannette C. Jeffe and Max M. Hart were the makers under the firm name of J. C. Jeffe & Co., which note was not paid at maturity; that prior to the maturity of the said note the premises

in question were conveyed to the defendant Frieda Hart without consideration. The answer of Jeannette C. Jeffe alleged that the purchase was really made by A. E. Wuppermann & Co., a partnership, and that the plaintiff received value for said conveyance to Jeffe. All allegations respecting the note were put in issue by the answer of Frieda Hart, which stated that the premises were conveyed to her for value without notice, prior to the maturity of the note.

*George Edwin Joseph, George W. Whiteside* and *Treadwell Cleveland* for appellants.

*Richard T. Greene* and *Daniel S. Murphy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.